The United States Court of Appeals for the Federal Circuit is now open and in session. God save the United States and this honorable court. All right, good morning, everyone. The first case before the court today is In Re Schopf, 192331. It's an appeal from the Patent Trial and Appeal Board. Mr. Curtin, are you prepared to begin? Yes, Your Honor. You may begin. Well, good morning, Honorable Court, Ms. Kelley. First, I'd like to put on the record that I thank Mr. John Schaefer, Mr. Thomas Lee and the law firm of Bacon and Thomas for assisting me on the writing of the briefs in preparation for the argument. MPEP Section 2209 demands that the USPTO maximize respect for a reexamined test. It is our contention that this did not occur in both reexaminations. For example, and we'll talk about at least three different aspects of what we feel was a lack of maximizing respect. Mr. Curtin, this is Judge Wallach. I have a couple of questions for you just to start. One is, is independent claim one representative of the claims in the 340 patent and is independent claim one representative of the claims in the 959 patent? Representative of independent claims, depending on the claim feature we discuss, the answer could be yes, it could be no. Okay. Let me ask you this then. Go ahead. In other words, there are some features that are in claim one in the 340 that are absent in claim seven and vice versa, and the same with claim one and claim 10 and 949. Yes. In the blue brief at eight, you rely on what you say is an unchallenged definition of an SVS from a Wikipedia article. Correct. And I understand if the government hasn't challenged it, they haven't challenged it, but my problem with Wikipedia is my understanding is that anybody, I'm not inferring anything, but anybody, including your client, could go in and modify the Wikipedia article. And consequently, I don't see how we can rely on it at all. Okay. So, two things. First, in addition to Wikipedia, we submitted the National Plumbing Code. Yes, sure. Sure. I'm just talking about Wikipedia. Right. And also, the examiner in the board below had an opportunity to... I understand. ...discuss the substance of the Wikipedia page, and they never challenged the contents of the Wikipedia page. I understand all that. My only... Automatically... ...your foundation for it. My evidentiary foundation? Sure, because it can be by anybody. Well, we show the Wikipedia page to our experts, and the experts said the Wikipedia page was accurate. Okay. That works for me. Okay. So... Based on your expert, based on Wikipedia. Say that again? I say based on your expert, not based on Wikipedia. Well, you know, I... Okay. I'll agree with that. However, the patent office itself relies upon Wikipedia. What it does, it's searching in classifications. Mm-hmm. I find it problematic. Well, to the extent that you're talking about the... Okay. I'm not sure what to say. I mean, it's... Lose time. Okay. Okay. Okay. So, one of the errors that we believe the board and the examiner made was when addressing the valve means. And in this case, the valve means in Claim 1 of the 340, and the valve means in Claim 1 of the 959, that you can take them together. Okay. In particular, the valve means has two separate functions. The first function is to selectively close. Sometimes it's called selectively preclude. And the second function is to selectively control or selectively regulate. When the board applied its claim construction to the references, in particular, the board conflated those two. Did you ever argue... I'm confused. So, is it your position here that you're saying that they conflated the two patents and the valve means should have a different meaning in each patent? No. No. Okay. So, what your point is, as I understand it, is that you think there are two separate functions for valve means, right? Correct. Yes. Yes, we are. Can you tell me where in the record that you made this argument? Okay. So, each time we... Yes. I'm trying to get you the right page. Let me put you on mute so I don't... Okay, but you're saying you did actually make this argument, this precise argument to the board that the valve means had two separate functions. Yes. Yes. So... Well, I am going to need you to tell me where that is because I couldn't find it. Okay. Hold on one minute. Sorry. So, in the appendix page 3538, in appendix 995, I believe both of those are to the board as opposed to the examiner. Give me those pages again. I'm pulling them up. So, 3538 would be our appeal brief in the 959 patent or the 836 re-exam. And then 995 is the appeal brief in 835 re-exam or 340. And we... And here's what we say. Here's what we say. We say, in accordance with the 112th paragraph, appellate submits, appellate submits, that the skilled person would have understood that the valve means were signed in claim one. Now, I'm reading from page 995. The valve means are at least directed to a structure for closing off the inlet and outlets of housing in order to control or preclude the flow of gas or vapors. So, there we talk about two different functions. Well... The control function or the preclude function. How... It looks to me that you're defining one function that... No. Okay, sorry. Go ahead. Go ahead. It looks to me that you're arguing that it has the function of closing off in order to control the flow of gas. That's different than arguing that there are two distinct functions. One is closing off inlets or outlets and separately controlling the flow. Well... You know, that's not what we meant. That's all I can say. Okay. You know, there have always been... I mean, these claims have been from XAMR and the board forever. I mean, XAMR didn't even mention the function. We had to raise it. In raising it, we always referred to two separate functions. Okay. You can keep going. We'll give you some extra time. And so what was intended was to say that the preclusion part, the preclusion function is the only function that is directed to removing or replacing the filters. The control function or the regulation function, which is in some of the claims, is not. So I'll fall on my sword and say, okay, it's arbitrarily written, but we've always, always, always referred to two different functions. Is there anything in the specification that uses controlling the flow synonymously with regulating the flow? Yes. Yes. Okay. So, appendix 84, page 84 in the 340 pattern. It starts with... Well, I'll skip around it. A valve 17. This is column 3, line 32 to 37 of the 340 pattern. A valve 17, which can shut down the fluid flow or regulate the pressure in the chamber. Skip ahead. There's another valve, which can also be used to regulate the pressure to control the fluid flow. So that's column 3, line 32 to 37. So there you're using regulation to control the flows, but not together or synonymously. Farther down, column 3, lines 44 to 46, it says the arrangement, talking about the valves, affords substantially uniform gas distribution among the units, and that balanced loading of the multiple unit system is thus achieved. So it's really that column 4, lines 3 through 46, that really discuss regulation and control of the flow, which is separate from closing. Okay. And you don't believe that controlling the flow is broader than just regulating the flow? Not as used in the claims, no. And interpreting the claims in light of the spec, no. Okay. I'll restore some of your rebuttal. Okay. I apologize. I was talking and I had you on mute. I apologize. Before you sit down, I have one question. With respect to your return mail issue, do you agree that you would have to establish that Kinetic Systems lawyers were acting as agents for the government in order to prevail on that issue? Well... To be frank about it, we haven't done a lot of research into what identifying kinetics as an agent means, whether that supports or hurts our position. I think it would help. I think it's clear, though, that regardless of what you call kinetics, whether it's an agent or an indemnifier, it's clear that kinetics has indicated they are representing the government. That's been clear. In their first petition in re-exam, they clearly said that. They are representing the government. This is Judge Wallach. What authority do you have for arguing that indemnification is the same as being the government? Well, again, we haven't done a lot of legal research on that issue, to be quite frank about it. So, right now, I would say we don't have any legal authority to do that, legal case law to support that right now. Thank you for your... Okay, counsel. I'll give you three minutes for rebuttal. We've gone way over. So, let's hear from the other side. Okay. Ms. Kelly? Good morning, Your Honors. May it please the Court. I'd like to begin by addressing this issue of the Wikipedia page and the plumbing code that Judge Wallach asked the Posting Council about. Even if we assume that the Wikipedia page is valid and accurate, there are at least four reasons why that doesn't save this argument that the Posting Council has made. First of all, yes, both references instruct the way a trap works, a seal trap works, but neither reference says that those are part of an SBS or a necessary addition to an SBS. And, in fact, if you look at the Wikipedia article, and that would be at record 2282, it's difficult to see in the reproduction in the joint appendix, but in the original article, if you look to the figure there, the soil vent stack is shown in green and the traps are shown in white. So the soil vent stack is the big middle pipe and those U-shaped traps are attached to plumbing fixtures like toilets and sinks. And those are referred to, if you look further down on 2282 and in the figure, as being separate. The trap is separate from the soil stack and they're described that through traps, all fixtures are connected to waste lines, which in turn take the waste to the soil stack or soil vent pipe. So this reference indicates that the trap is not part of the soil vent stack, but something also that feeds into it. Then I'd like to point out, when you're looking at this figure, an oral argument opposing counsel represented that the filter would appear at the top of this soil vent stack before any sort of vapors or anything are released into the environment. And if you look at page 2283 of the Wikipedia article, opposing counsel was aware, I'm sorry, a person of ordinary skill in the art, was aware that you could have these differential problems and they knew how to solve it. If you look at the last sentence of the fourth paragraph down, it says that because of this problem, tall buildings of three or more stories are particularly susceptible to this problem. Vent stacks are installed in parallel to waste stacks to allow proper venting in tall buildings. I would submit, Your Honor, that the application here is directed not to home filtration, but to use, as indicated in the specification, in hospitals and industrial buildings. And what this shows is that a person of ordinary skill in the art, if using soil vent stack in combination with these sorts of traps, would know how to resolve that. In addition... Ellen, this is Roland. Same question. How are you relying on Wikipedia? I'm not relying on Wikipedia. What I'm doing is rebutting this notion that opposing counsel has presented, both before the Board and here, that this sort of seal trap is part of the soil vent stack. They simply haven't shown that a soil vent stack must include a seal trap. And the fourth point that I was going to make, at oral argument, opposing counsel was specifically asked by one of the judges why a person of ordinary skill in the art, if knowing about the way the traps work and if assuming that a soil vent stack must be used in combination with such a trap, and Mason and Pittman used these pressures to move air through the filter, why they wouldn't know how to adjust this or solve this problem of pressures with the soil vent stack. And so if you look at page 221 of the record, opposing counsel has asked this question. And if you look at lines 2 through 13, you see that Mr. Curtins explains that he's not qualified to answer that question. So he was specifically asked why a person of ordinary skill in the art wouldn't be able to compensate for any pressure differences if Mason and Pittman, including their fans or the ways of moving air through the filter apparatus, were used in combination with a soil vent stack and this trap seal, why a person of ordinary skill in the art wouldn't be able to correct any problems. And he said he wasn't qualified to answer that question. So there's simply nothing in the record that supports this sort of notion that Mason and Pittman could not be used in combination with a soil vent stack. Does claim 1, in your view, require a soil vent stack as part of the claim dimension? In my view, no. It just explains that it must be used in combination with the soil vent stack. And here's why. Because the soil vent stack is never referred to in the body of the claims. There's no structure defined for it, not only in the claims, but in the entirety of the 340 patent. And thus, under this court standard law, that is just an intended use and it is not a patentable distinction. I think the board was trying to be generous here because, you know, there was the issue of abandonment, revival, and then all of the petitions about the late submitted declarations. I think the board was trying to be kind to SHOP by entertaining this notion that it was somehow part of the claim. Ms. Kelly, this is Jeff Toronto. I just want to be clear. You don't think it made any difference that the claim, what is now claim 1, doesn't use the original language of for use with, but now actually says in combination with a soil vent stack, a filtration apparatus? I don't because there's no description of the structure of in combination. But even so, again, there's simply no evidence that, you know, a Mason-Pittman combination couldn't be used with a soil vent stack. In fact, Mason says it's used with an emission stack. And, you know, when opposing, you know, when, let me step back for a moment. That amendment was made after final, so it was coming to the board sort of afresh, which is why I indicated I think the board wanted to give SHOP some resolution of this matter. And so there simply wasn't anything in the record to indicate that Mason's emission stack wasn't a soil vent stack. And Mr. Curtin said, oh, because these soil vent stacks must have these trap seals. And I think the board was trying to address that sort of argument and didn't state the law as we really all know it, which is that if you want something to be part of your claim, then you need to describe it in your claim. And you need to describe it in terms of structure or function, neither of which were done in this claim, whether we use for use with or in combination with language. Can I turn to the valve means? Your friend on the other side argues that they all along contended that there were two separate functions that they were pointing to. Do you agree with that? I do not agree with that. And I think that Mr. Maena, my friend, has essentially admitted that. Your Honor, yourself asked where in the record they made such an argument and he couldn't produce that. But even so, also tellingly, he has not produced any evidence, neither the Hale Declaration or the Minetti Declaration, state that a pneumatic valve like that disclosed in Pittman could not be used to perform the claimed function. Do you agree with Shaf's argument that Pittman's valves would need to perform the identical functions of valve means in substantially the same way with substantially the same result as ball valves? Yes, but with a qualification. When someone claims a portion of an invention, a limitation in means plus function terms, what they do is in exchange for having breadth of their claims so that their claims can cover other embodiments not specifically recited in their claims, they lose the ability to say that you need to prove that something is exactly the equivalent structure or function of the things that are recited in your specification. What you are limited to are the functions, any structures that can perform the functions recited in your claims. The functions here are controlling and stopping, closing and controlling flow. There simply is no evidence that a pneumatic valve couldn't do that. The declarations submitted by Shaf merely show at best that a person of ordinary skill would have preferred something like a ball valve to control. They don't mention, first of all, controlling flow, but I think one of them states a preference for a ball valve over another, but it doesn't state that they can't be used to regulate flow. Certainly you could open and close a pneumatic valve. All those declarations say is that pneumatic valves cannot close the way a ball valve will with 100% leakage protection and that they cannot continue to function. They have the sort of long-term longevity. I'm sorry, that was redundant. They don't have the sort of longevity that ball valves do. However, there is no requirement in the claim that the valves have a certain lifetime, and certainly the fact that ball valves can stop flow and have been used in the ART for more than 50 years in this very type of setup is indication that they can stop the flow. Okay, let me switch gears on the 959. Did the board ever actually construe decontaminate? What they did was they looked at... Was that a yes or a no? They did construe it or they didn't construe it? Well, they construed decontamination in combination with the whereby clause that in combination with the whereby clause so that any contaminants are removed. All right, do you think the board actually adopted the definition of a HEPA filter in Mason as its construction of decontaminate? No. What they said was the board's construction was that a biological filter could... decontaminate means that the gas or liquid is substantially freed of contaminants. And so what they did was then make a factual finding that Mason's HEPA filter would decontaminate or produce a gas or a liquid that was substantially freed of contaminants. Okay, go ahead. Oh, no, I just was wondering, did that answer your question? Yes, it did. So in the case of the 340 patent, I think we've addressed the valve questions and the questions about the soil vent stack. And for the 959 patent, I believe that your honors are aware... position as to the filter means. If you have no further questions, I thank you for your time. Well, let me just ask you one last thing since we went over for the other side. And that is, in the normal circumstance where a government contractor is acting on behalf of the government, the government is the only proper party to a patent infringement proceeding. In this case, we have an indemnification contract. How does that indemnification contract then separate the person indemnifying the government from the true interests of the government itself? If you look to the actual contract, all the contract says is that the subcontractor, in this case, Kinetic, who is now really one party removed from the government, along with the contractor, must indemnify the government in an infringement action. And it doesn't say anything about what other actions the contractor or subcontractor can or must or should take in some other sort of forum. And this is a completely separate situation, and that Kinetic chose to do this on its own, regardless of its choice of wording when it filed its reexamination request. There's no evidence, and it was shop's burden to produce that sort of evidence, that they were acting on behalf of the United States government. Okay. Thank you. Thank you. Okay. Mr. Curtin? Yes, Your Honor. So, let me address the argument counsel raised that there's no evidence that traps are not part of a solvent tax. That's wrong. We submitted expert declarations directly on point that said traps, seals are a part of a solvent stack. The examiner would not enter those declarations. We petitioned. It was denied. We filed an offer of proof. The PCAP wouldn't consider it. It is part of the record, though. The offer of proof is pages... But isn't it because they were untimely that they didn't consider it? No. No. No. The basic... This issue arose... We submitted the Wikipedia page. The examiner rejected it. In her final office action, she rejected it. We didn't submit expert declarations that said what's in the Wikipedia page is correct and would further address the National Quarantine Code, which clearly shows that traps, seals are part of a solvent stack. It's those after final declarations which she excluded. So, they were part of the record originally. She excluded them because we didn't say to her... say to the examiner, sorry, why we could have produced them earlier. So, the examiners basically say, look, you should have produced your expert declarations right away. Not the Wikipedia page. Well, you know, again, if there was some notice to us that you can't use Wikipedia, which happens all the time because I do a lot of patent prosecution, both sides, the patent office and applicants, use Wikipedia pages for definitions and for explanations. If there was some notice to us, originally, can't use Wikipedia, fine. We would have used expert declarations right away. We had no notice of that. Once it was brought to our attention that the examiner was questioning Wikipedia, we submitted the declarations. She refused to enter them because we didn't give a reason why we couldn't have submitted them before. Well, we didn't know that she was going to exclude our Wikipedia page. So, in any event, we appealed... sorry, we petitioned all the way to the Petition Branch... Okay, counsel, I think if there's anything else you want to get to in your rebuttal, you should do that. Okay. Well, again, our offer of proof clearly shows that trap seals are a part of a soil bed stack. Clearly shows. Beep. Go ahead. Any final words? Yes. Counsel says there's no evidence. We haven't been provided, you know, with respect to the return mail... There's no opportunity for us to collect evidence as to... from kinetics. There's no way to get evidence from kinetics during ex parte reexamination. How are we going to get evidence? All we can get is what's been filed in the Court of Federal Claims case. If this court wants to grant us time to take discovery, we'd be happy to do that. But there's no way for us to get discovery from kinetics in ex parte reexamination. So that's a non-starter. Okay. I'm sure if we had the opportunity to get discovery, we would get that discovery and it would conclude that, in fact... Okay, counsel, we're beyond time here. Thank you very much. Okay. Thank you. The case will be submitted.